UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| THE COMPLAINT OF HANCOCK POINT VILLAGE IMPROVEMENT SOCIETY, FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY | ) ) ) ) ) ) | CASE NO. 1:10-cv-00418-GZS |

**ORDER ON MOTION FOR LEAVE TO DEPOSIT FUNDS WITH THE COURT**

On Motion of Hancock Point Village Improvement Society ("HPVIS") for Leave to Deposit Funds (Docket # 8), no notice or hearing being necessary, and pursuant to Fed. R. Civ. P. 67, no interest accrual being requested, the court hereby orders as follows:

The Motion (Docket # 8) is hereby GRANTED and it is ORDERED that the Court accept for the Court's registry the tender of $250.00 by Petitioner for deposit with the Court pending resolution of this action.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 13th day of October, 2010.